



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

Yisel Valdes
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132

September 2, 2021

Arthur Scheinert

Mr. Scheinert:

    This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Section 1343 (wire fraud).

    If you have retained counsel, please have him or her contact me regarding this matter. If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If this is the case, I encourage you to contact FBI Special Agent Grace Salazar Fernandez at 954-551-7756 or email her at gmsalazar@fbi.gov, for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

Sincerely,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *Yisel Valdes*
Yisel Valdes
~~Assistant~~ ~~United~~ nited States Attorney